DAVID F. NESS
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
david_ness@fd.org
Phone:  (406) 727-5328
Fax:  (406) 727-4329
  Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER MARIE DAVIDSON,<br><br>Defendant. | Case No. CR 20-10-H-BMM<br><br>**MOTION FOR RETROACTIVE APPLICATION OF THE SENTENCING GUIDELINES PURSUANT TO AMENDMENT 821 – PART A** |

  COMES NOW Defendant, Jennifer Marie Davidson by and through her counsel of record David F. Ness, Assistant Federal Defender and the Federal Defenders of Montana, Inc., and respectfully moves this Court for an order granting the Motion for Retroactive Application of the Sentencing Guidelines 18 U.S.C. § 3582(c) and USSG 821- Part A (Status Points under USSG 4A1.1).

  This Motion is made and based upon the files and records of this case and the supporting *ExParte* Brief filed under separate cover.

1

RESPECTFULLY SUBMITTED this 19th day of January 2024.

/s/ David F. Ness

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on January 19, 2024, a copy of the foregoing document was served on the following persons by the following means:

<pre>
 1, 2   CM-ECF
_____   Hand Delivery
   3    Mail
_____   Overnight Delivery Service
_____   Fax
   4    E-Mail
</pre>

1. CLERK, UNITED STATES DISTRICT COURT

2. RYAN G. WELDON
   Assistant United States Attorney
   United States Attorney's Office
   Counsel for the United States of America

3. JENNIFER MARIE DAVIDSON
   Defendant

4. PEYTON JONES
   United States Probation Office
   United States Probation Officer

/s/ David F. Ness