| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)*<br>0977 6:20CR00010-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Montana | DIVISION<br>Helena |
|---|---|---|
| Jennifer Marie Davidson<br>(address unknown) | NAME OF SENTENCING JUDGE<br>Brian Morris | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>03/01/2024 | TO<br>02/28/2029 |
|---|---|---|---|

OFFENSE
21 U.S.C. §§ 846 and 841(b)(1)(A): Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant has secured housing and employment in California, where she is supervised and intends to remain. Furthermore, her immediate family lives in the area and is supporting her.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Montana___

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____4/12/2024_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

1